■ In the Matter of COMMISSIONER OF SOCIAL SERVICES, on Behalf of ADAM CHARLES M., Respondent, v PEDRO M., Appellant. [644 NYS2d 994]

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., O'Brien, Goldstein and Florio, JJ., concur.